UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT

CASE NO. _____

LEAH MINIAT,

    Plaintiff,

vs.

NL COMMUNICATIONS, INC.
d/b/a RESEARCH TO PRACTICE,

    Defendant.
_____/

**DEFENDANT NL COMMUNICATIONS, INC'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, NL Communications, Inc. ("NL Communications"), by and through counsel, hereby files this Notice of Removal of the case styled *Miniat v. NL Commc'ns, Inc.*, Case No. 2019-008976-CA-01, currently pending in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida (the "State Court Action"), to the United States District Court for the Southern District of Florida, Miami Division. As grounds, Defendant states as follows:

1. On or about March 22, 2019, Plaintiff Leah Miniat initiated a state court action. The Summons and Complaint were served on NL Communications on March 28, 2019.

2. Ms. Miniat's Complaint alleges one count of unpaid overtime compensation and seeks reliefs under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.* ("FLSA").

3. The FLSA provides that an action "may be maintained . . . in any Federal or State

court of competent jurisdiction." 28 U.S.C. § 216(b). Thus, this Court has original jurisdiction over this action based on a federal question pursuant to 28 U.S.C. § 1331 and this case is properly removable under 28 U.S.C. § 1441(a).

4. Removal to this Court is proper under 28 U.S.C. § 1446(a) because the United States District Court for the Southern District of Florida, Miami Division is the district and division within which the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, is located.

5. Pursuant to 28 U.S.C § 1446(b), NL Communications has timely filed this Notice of Removal within 30 days after receipt of a copy of Ms. Miniat's initial pleading.

6. Pursuant to 28 U.S.C. § 1446(a), a true and legible copy of all records on file in the State Court Action, including process, orders, and pleadings is attached as **Exhibit A**.  No further proceedings have occurred in the State Court Action. The filing of NL Communications' Motion for Extension of Time to Respond to the Complaint is not a waiver of the right of removal**.** *Estevez-Gonzalez v. Kraft, Inc.*, 606 F. Supp. 127, 128 (S.D. Fla. 1985) ("A motion for extension of time and the taking of discovery clearly do not evidence an unequivocal intent to waive removal and as such have been held not to result in the waiver of the right to remove.")

7. Written notice of the filing of this Notice of Removal will be given to the adverse party as required by law. 28 U.S.C. § 1446(d).

8. A Notice to State Court of Removal to Federal Court, which is attached as **Exhibit B**, together with a true and correct copy of this Notice of Removal will be promptly filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, as provided by law. 28 U.S.C. § 1446(d).

Wherefore, NL Communications respectfully requests that this Court take jurisdiction of this

Action and issue all necessary orders and process to remove the State Court Action to the United States Court for the Southern District of Florida.

Dated: April 26, 2019.

Respectfully submitted,

        Respectfully submitted,

        **AXS LAW GROUP, PLLC**
        2121 NW 2nd Avenue, Suite 201
        Miami, FL 33127
        Tel:  305.297.1878

        By: /s/ Jeffrey W. Gutchess
        Jeffrey W. Gutchess (FBN 702641)
        jeff@axslawgroup.com
        Alice Férot (FBN 101504)
        alice@axslawgroup.com
        eservice@axslawgroup.com

        *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 26, 2019, I electronically filed the foregoing document with the Clerk of Court using CM-ECF. I also certify that a true and correct copy of the foregoing document is being served this day on all counsel of record as identified below via email.

       /s/ Alice Férot
Alice Férot, Esq.

**PERERA BARNHART, P.A.**
12555 Orange Drive, Second Floor
Davie, Florida 33330
786.485.5232
Brody Shulman
FBN: 92044
brody@pererabarnhart.com
Valerie Barnhart
FBN: 88549
valerie@pererabarnhart.com
Freddy Perera
FBN: 93625
freddy@pererabarnhart.com
waynice@pererabarnhart.com