**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 19-cv-21639-UU**

**LEAH MINIAT,**

      Plaintiff,

vs.

**NL COMMUNICATIONS, INC.**, a Florida Corporation
d/b/a RESEARCH TO PRACTICE,

      Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

      The Parties, by and through their respective undersigned counsel, hereby give notice that they have reached a settlement in principle. The parties are in the process of drafting a written settlement agreement and will submit the necessary approval/dismissal papers within twenty-five (25) days. The parties respectfully request to submit the written settlement agreement for an *in camera* review and request a stay on all case deadlines in this case provided in [DE 13].

Respectfully submitted on June 25, 2019.

By: */s/ Brody M. Shulman*
J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pererabarnhart.com
Valerie Barnhart, Esq.
Florida Bar No. 88549
valerie@pererabarnhart.com
Brody M. Shulman, Esq.
Florida Bar No. 92044
brody@pererabarnhart.com
Waynice A. Green, Esq.
Florida Bar No. 116175
waynice@pererabarnhart.com

**PERERA BARNHART**
12555 Orange Drive, Suite 268
Davie, Florida 33330
Telephone: 786-485-5232
*Attorney for Plaintiff*

By */s/ Alice Férot*
Jeffrey W. Gutchess, Esq.
Florida Bar No. 702641
jeff@axslawgroup.com
Alice Férot, Esq.
Florida Bar No. 101504
alice@axslawgroup.com
eservice@axslawgroup.com

**AXS LAW GROUP, PLLC**
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127
Tel:  305.297.1878
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ ***Brody M. Shulman***_____
Brody M. Shulman, Esq.

### SERVICE LIST

| | |
|---|---|
| J. Freddy Perera, Esq. | Jeffrey W. Gutchess, Esq. |
| Florida Bar No. 93625 | Florida Bar No. 702641 |
| freddy@pererabarnhart.com | jeff@axslawgroup.com |
| Valerie Barnhart, Esq. | Alice Férot, Esq. |
| Florida Bar No. 88549 | Florida Bar No. 101504 |
| valerie@pererabarnhart.com | alice@axslawgroup.com |
| Brody M. Shulman, Esq. | eservice@axslawgroup.com |
| Florida Bar No. 92044 | |
| brody@pererabarnhart.com | |
| Waynice A. Green, Esq. | |
| Florida Bar No. 116175 | |
| waynice@pererabarnhart.com | |
| | |
| **PERERA BARNHART** | **AXS LAW GROUP, PLLC** |
| 12555 Orange Drive, Suite 268 | 2121 NW 2nd Avenue, Suite 201 |
| Davie, Florida 33330 | Miami, FL 33127 |
| Telephone: 786-485-5232 | Tel:  305.297.1878 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

*<u>Via CM/ECF</u>*