UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-cv-21639-JJO
[Consent Case]

**LEAH MINIAT,**

    Plaintiff,

vs.

**NL COMMUNICATIONS, INC.**, a Florida Corporation
d/b/a RESEARCH TO PRACTICE,

    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE

**THIS MATTER** is before the Court upon the Parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice in the above-styled case. The Court, having considered the Joint Motion, having reviewed the Parties' Settlement Agreement, and being duly advised on all issues, it is therefore Ordered as follows:

1. The Joint Motion for Approval of the Settlement Agreement is **GRANTED.**

2. This lawsuit is dismissed with prejudice, with each party bearing their own attorney's fees and costs except as set forth in the Parties' Settlement Agreement; and

3. The Court will retain jurisdiction over this action for the purpose of enforcing the Settlement Agreement.

DONE AND ORDERED in Miami, Florida, this _____ day of _____ 2019.

                                                _____
                                                UNITED STATES MAGISTRATE JUDGE

cc:    counsel of record